**Wishnick-Tumpeer Chemical Company, appellee, v. Union Drop Forge Company, appellant. Gen. No. 29,287.**

Action upon bill of exchange. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John A. Bugee, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Reversed and remanded. Opinion filed October 7, 1924. Rehearing denied October 20, 1924.

John Wm. Chapman, for appellant. Gottlieb, Schwartz & Markheim, for appellee; C. K. Schwartz, of counsel.

Mr. Presiding Justice Fitch delivered the opinion of the court.